**Fill in this information to identify the case:**

Debtor 1: Stephanie Nicole Walker

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Eastern District of Missouri (State)

Case number: 20-40540

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Home Point Financial Corporation

**Court claim no.** (if known): 10-1

**Last 4 digits** of any number you use to identify the debtor's account: 1 0 8 3

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 3/3/2020: Proof of Claim/Plan Review and 410A Prep | (5) | $ 500.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        Notice of Postpetition Mortgage Fees, Expenses, and Charges        page 1

Debtor 1 **Stephanie Nicole Walker**
First Name   Middle Name   Last Name

Case number (*if known*) 20-40540

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ D. Anthony Sottile
Signature

Date 3 / 6 / 2020

Print: D. Anthony Sottile
First Name   Middle Name   Last Name

Title Authorized Agent for Creditor

Company Sottile & Barile, LLC

Address 394 Wards Corner Road, Suite 180
Number   Street
Loveland, OH 45140
City   State   ZIP Code

Contact phone ( 513 ) 444 – 4100

Email bankruptcy@sottileandbarile.com

Case 20-40540    Doc 16    Filed 03/06/20    Entered 03/06/20 13:28:37    Main Document
Pg 3 of 4

| | | | | | |
|---|---|---|---|---|---|
| **Vendor** | Sottile & Barile, LLC | **Regarding:** | | **Invoice Number:** | ▮ |
| **Address:** | 394 Wards Corner Road | WALKER STEPHANIE | | **Invoice Status:** | Check Confirmed |
| | Suite 180 | 2169 ORBITT DR | | **Loan No.:** | ▮ |
| | Loveland, OH 44136 | SAINT LOUIS, MO 63136 | | **Loan Type:** | FHA |
| **Payee Code:** | ATSOTTILE | | | **Acquistion Date:** | |
| **Vendor Contact:** | Jessy Engel | | | **Type:** | Non-Judicial |
| **Vendor Ref #:** | ▮ | | | **Referral Date :** | 2/4/2020 |
| **Servicer:** | Home Point Financial Corporation - (308) | | | **Loan Location:** | |
| **Inv. ID / Cat. ID** | G13/309 | | | **FHA#** | ▮ |
| **Investor Name** | GINNIE MAE | | | **BK Case No:** | 20-40540 |
| **Invoice ID** | ▮ | | | **Submitted Date:** | **3/3/2020** |
| **Litigation Status Code:** | | | | **Vendor Invoice Date:** | 3/3/2020 |
| **Man Code:** | B | | | **Paid In Full Date:** | N/A |
| | | | | **Foreclosure Removal Date:** | N/A |
| | | | | **MS Status:** | N/A |
| | | | | **Relief Requested Date:** | N/A |
| | | | | **Protection Begin Date:** | N/A |
| | | | | **Protection End Date:** | N/A |

**Original Mortgage Amount:**  $93,279.00

### Bankruptcy - Bankruptcy Services - Chapter 13

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 03/03/2020 | 03/04/2020 | 03/04/2020 | | 03/04/2020 | 03/04/2020 | 03/05/2020 | 2 |

| Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Fees** | Total: | $900.00 | Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | | Exc Ord Allw: |
| **Costs** | Total: | $0.00 | Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | | Exc Ord Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | | |
| **Totals** | Inv Amt: | $900.00 | Prev. Billed: | $0.00 | Loan Total Fees/Costs Prev.Billed: | $0.00 | Exc Ord Allw: |

#### Fees

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees | Proof of Claim | 03/03/20 | 1 | $650.00 | $650.00 | $0.00 | $650.00 |
| Attorney Fees | Bankruptcy Fee | 03/03/20 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |
| | | | | **Total:** | $900.00 | $0.00 | $900.00 |
| | | | | **Invoice Total:** | $900.00 | $0.00 | $900.00 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**ST. LOUIS DIVISION**

| | |
|---|---|
| In Re: | Case No. 20-40540 |
| Stephanie Nicole Walker | Chapter 13 |
| Debtor. | Judge Barry S. Schermer |

**CERTIFICATE OF SERVICE**

I certify that on March 6, 2020, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Michael Dominic Toscano, Debtor's Counsel
    courts@twlawstl.com

    Diana S. Daugherty, Chapter 13 Trustee
    standing_trustee@ch13stl.com

    Office of the United States Trustee
    ustpregion13.sl.ecf@usdoj.gov

I further certify that on March 6, 2020, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Stephanie Nicole Walker, Debtor
    2169 Orbitt Dr.
    Saint Louis, MO 63136

| | |
|---|---|
| Dated: March 6, 2020 | /s/ D. Anthony Sottile |
| | D. Anthony Sottile |
| | Authorized Agent for Creditor |
| | Sottile & Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |